UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SAMAT GOGUEV, §<br>*Plaintiff* §<br>§<br>v. §<br>§<br>KRISTI NOEM, SECRETARY, U.S. §<br>DEPARTMENT OF HOMELAND §<br>SECURITY; AND MIGUEL VERGARA, §<br>FIELD OFFICE DIRECTOR, SAN §<br>ANTONIO FIELD OFFICE, §<br>IMMIGRATION AND CUSTOMS §<br>ENFORCEMENT; §<br>*Defendant* § | Case No. SA-25-CA-01593-XR |

**ORDER FOR SERVICE**

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by Petitioner Samat Goguev, who is a non-citizen currently in detention in the South Texas Detention Center in Pearsall, Texas, located in the Western District of Texas.

It is hereby **ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1), and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on Respondents: Kristi Noem, Secretary, U.S. Department of Homeland Security and Miguel Vergara, Field Office Director, San Antonio Field Office, Immigration and Customs Enforcement. *See* FED. R. CIV. P. 4(i). Service should be directed to Stephanie Rico, the Civil Process Clerk for the United States Attorney's Office, Western District of Texas, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216.

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition within (3) days of the date of service. *See* 28 U.S.C. § 2243. Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days to respond, as provided in 28 U.S.C. § 2243.

*See id.* (noting, a return (i.e., a response) demonstrating why the writ should not be issued shall be provided "within three days unless for good cause additional time, not exceeding twenty days, is allowed").

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 1st day of December, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE